# United States Court of Appeals
### For the Eighth Circuit

_____

No. 16-2474

_____

United States of America,

*Plaintiff - Appellee,*

v.

Adam Rouillard,

*Defendant - Appellant.*

_____

No. 16-2476

_____

United States of America,

*Plaintiff - Appellee,*

v.

Adam Rouillard,

*Defendant - Appellant.*

_____

Appeals from United States District Court
for the Northern District of Iowa - Sioux City

_____

Submitted: February 3, 2017
Filed: February 8, 2017
[Unpublished]

_____

Before SMITH, ARNOLD, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

In these consolidated appeals, Adam Rouillard challenges the sentence the district court[1] imposed upon revoking his second term of supervised release. In each case, his counsel has moved for leave to withdraw, and has filed a brief questioning the reasonableness of Rouillard's revocation sentence. Rouillard has not filed a supplemental brief.

After careful review of the record, we conclude that the district court did not abuse its discretion in sentencing Rouillard. *See United States v. Miller*, 557 F.3d 910, 915-18 (8th Cir. 2009) (standard of review); *see also United States v. Perkins*, 526 F.3d 1107, 1110-11 (8th Cir. 2008) (this court reviews entire sentencing record, not merely district court's statements at hearing).

Accordingly, we grant counsel's motions for leave to withdraw, and we affirm the judgment of the district court.

_____

_____

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.